**William SANJOUR, et al., Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.**

No. 92–5123.

United States Court of Appeals, District of Columbia Circuit.

July 29, 1993.

Before: MIKVA, Chief Judge; WALD, EDWARDS, RUTH BADER GINSBURG, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG, SENTELLE, HENDERSON, and RANDOLPH, Circuit Judges.

***ORDER***

PER CURIAM.

Appellants' Suggestion For Rehearing *En Banc* and the response thereto have been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that the suggestion is granted and this case will be reheard by the Court sitting *en banc*.

It is FURTHER ORDERED, by the Court *en banc*, that the judgment of the court filed herein on January 29, 1993, is hereby vacated.

A future order will govern further proceedings.

RUTH BADER GINSBURG, Circuit Judge, did not participate in this matter.